```
Douglas A. Kroesch, SB#078835
GALLAWA · BROWN · KROESCH
       A Professional Corporation
            2207 J Street
       Sacramento, CA 95816-4711
       (916) 444-9364 (Telephone)
       (916) 444-5921 (Facsimile)
```

Attorneys for Defendants,
BALTIMORE AIRCOIL COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GALINDO and IRENE GALINDO, <br><br> Plaintiffs, <br><br> vs. <br><br> BALTIMORE AIRCOIL COMPANY, a corporation; CINCINNATI INCORPORATED, doing business in California as "The Cincinnati Shaper Company," a corporation; and DOES 1 through 100, <br><br> Defendants. | Case No. C 07 0386 BZ <br><br> ~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Douglas A. Kroesch, an active member in good standing of the bar of the State of California who business address and telephone number is Gallawa · Brown · Kroesch, A Professional Corporation, 2207 J Street, Sacramento, CA 95816-4711, (916) 444-9364, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant BALTIMORE AIRCOIL COMPANY, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application

PAGE 1
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*


1  will constitute notice to the party. All future filings in this action are subject to the requirements
2  contained in General Order No. 45, *Electronic Case Filing*.
3  Dated: 29 Jan 07
4                                                                                                    _____
                                                                                                      United States Magistrate Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PAGE 2
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*