Douglas A. Kroesch, SB#078835
GALLAWA · BROWN · KROESCH
A Professional Corporation
2207 J Street
Sacramento, CA 95816-4711
(916) 444-9364 (Telephone)
(916) 444-5921 (Facsimile)

Mark H. Harris, SB#133578
LAW OFFICES OF MARK H. HARRIS
2207 J Street
Sacramento, CA 95816-4711
(916) 442-6155 (Telephone)
(916) 444-5921 (Facsimile)

Attorneys for Defendants,
BALTIMORE AIRCOIL COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GALINDO and IRENE GALINDO,<br><br>Plaintiffs,<br><br>vs.<br><br>BALTIMORE AIRCOIL COMPANY, a corporation; CINCINNATI INCORPORATED, doing business in California as "The Cincinnati Shaper Company," a corporation; and DOES 1 through 100,<br><br>Defendants. | Case No. C 07 0386 BZ<br><br>**REQUEST FOR ALLOWANCE OF WITHDRAWAL OF ATTORNEY AND [PROPOSED] ORDER THEREON** |

IT IS HEREBY REQUESTED that attorney Mark H. Harris of the Law Offices of Mark H. Harris, one of the attorneys of record for defendant BALTIMORE AIRCOIL COMPANY, INC., be allowed to withdraw his representation of defendant BALTIMORE AIRCOIL COMPANY, INC. in the above entitled-matter, leaving Douglas A. Kroesch of the law firm of Gallawa · Brown · Kroesch (admitted to practice before the United States District Court, Northern

///

PAGE 1
**REQUEST FOR ALLOWANCE OF WITHDRAWAL OF ATTORNEY AND [PROPOSED] ORDER THEREON**

1  District of California on January 29, 2007) as the attorney of record for defendant BALTIMORE
2  AIRCOIL COMPANY, INC.
3  Dated: 2-2-07                    Law Offices of Mark H. Harris

   _____
   Mark H. Harris

7  Dated: Feb 2, 2007

   GALLAWA · BROWN · KROESCH
   A Professional Corporation

   By: _____
   Douglas A. Kroesch
   Attorneys for Defendant BALTIMORE AIRCOIL
   COMPANY, INC.

**ORDER**

IT IS SO ORDERED.

Dated: April 4, 2007

_____
United States

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PAGE 2
**REQUEST FOR ALLOWANCE OF WITHDRAWAL OF ATTORNEY AND [PROPOSED] ORDER THEREON**